# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

TRUSTEES OF THE CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.

vs.

MILLENNIUM CONCRETE CONSTRUCTION, LLC.

Case Number:

FILED STAMP: JULY 30, 2008
08CV4331
JUDGE ST. EVE
MAG. JUDGE SCHENKIER
J. N.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TRUSTEES OF THE CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., Plaintiff

| | |
|---|---|
| NAME (Type or print)<br>DAVID P. LICHTMAN | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ David P. Lichtman | |
| FIRM<br>Whitfield McGann & Ketterman | |
| STREET ADDRESS<br>111 E. Wacker Drive, Suite 2600 | |
| CITY/STATE/ZIP<br>Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6290051 | TELEPHONE NUMBER<br>(312) 251-9700 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☑     NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐     NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☐     NO ☑

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐