## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4331                    Assigned/Issued By: j. n.

Judge Name: ST. EVE                       Designated Magistrate Judge: SCHENKIER

### FEE INFORMATION

*Amount Due:*   ☑ $350.00    ☐ $39.00    ☐ $5.00
                ☐ IFP        ☐ No Fee    ☐ Other _____
                ☐ $455.00

Number of Service Copies _____          Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350                              Receipt #: 2981160

Date Payment Rec'd: 7-30-08                   Fiscal Clerk: J. N.

### ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
                                       _____
                                       *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets          ☐ Other
☐ Writ _____          _____
     *(Type of Writ)*                  _____
                                       *(Type of issuance)*

1 Original and 0 copies on 7-30-08 as to DEFENDANT
              *(Date)*